No. 71–1110.   VESTAL ET AL. *v.* HOFFA ET AL.   C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE WHITE took no part in the consideration or decision of this petition.